IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| REBECCA WEHRLE, on behalf of herself and all other plaintiffs similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>MIDWEST SLEEP ASSOCIATES, LLC d/b/a Midwest Center for Sleep Disorders,<br><br>　　　　　　Defendant. | Case No.: 1:15-CV-04397<br><br>Judge Rebecca R. Pallmeyer<br><br>Magistrate Judge Daniel G. Martin |

**JOINT STIPULATION TO DISMISS WITH PREJUDICE**

Plaintiffs, Rebecca Wehrle, Carlita Anderson and Linda Trent, and Defendant, Midwest Sleep Associates, LLC, by and through their attorneys, hereby submit this Joint Stipulation to Dismiss with Prejudice the above-captioned action, with each party to bear its own costs and attorneys' fees, pursuant the parties' settlement agreement.

Dated: March 22, 2016

Respectfully Submitted,

| | |
|---|---|
| **REBECCA WEHRLE**<br>By: /s/ David J. Fish<br>David J. Fish<br>The Fish Law Firm, P.C.<br>200 E. 5th Avenue, Suite 123<br>Naperville, IL 60563<br>dfish@fishlawfirm.com | **MIDWEST SLEEP ASSOCIATES, LLC**<br>By: */s/ Jennifer Adams Murphy*<br>Wessels Sherman<br>2035 Foxfield Road<br>St. Charles, Illinois 60174<br>jemurphy@wesselssherman.com |

# EXHIBIT A

Page 1 of 1